# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01951(1) |
|  | § |
| (1) Kayla Jeanila Williams | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 15, 2022** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On August 15, 2022, the defendant, Kayla Jeanila WILLIAMS, a US citizen, was arrested in Kinney County, within the Western District of Texas, for conspiring to transport four illegal aliens further into the US. Kinney County Sheriff's Deputies initiated contact with a white Nissan Sentra, which had pulled off the road. Border Patrol Agents responded to the scene and conducted an inspection on the occupants of the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Pena, Luis A
Signature of Complainant
Pena, Luis A
Border Patrol Agent

08/19/2022     at    DEL RIO, Texas
File Date                              City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE           Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01951(1)

(1) Kayla Jeanila Williams

**Continuation of Statement of Facts:**

vehicle, of which WILLIAMS was the driver. A total of four illegal aliens were found in the vehicle. In a sworn statement, WILLIAMS admitted that she was contacted by a friend who offered to pay her $1,500.00 USD to transport subjects from the border area further into the United States."

_____  
Signature of Judicial Officer

/s/ Pena, Luis A  
_____  
Signature of Complainant